# EXHIBIT "A"

JC Evans
Cash Flow Projections Through 9.2.11
1) Cash @ 7/25/2011 — $609,045

## 2) July Pending Receipts/ Related APs -- June Billings

| Job Name | Job # | PENDING Receipt | Recorded Payables | Net Cash | |
|---|---|---|---|---|---|
| SH 31 Waco | 90-0495 | Received | Paid | $0 | |
| LP256 Palestine | 90-0500 | Received | Paid | 0 | |
| SL 20 Laredo | 90-0501 | Received | Paid | 0 | |
| Hyw 287 Ellis Cty - Ennis | 90-0508 | Received | Paid | 0 | |
| Hwy 6 Robertson Cty | 90-0509 | Received | Paid | 0 | |
| Pearson Place | 90-0491 | Received | Paid | 0 | |
| Williams Drive | 90-0492 | $94,473 | $93,503 | 970 | |
| Val Verde | 90-0510 | $554,826 | $345,030 | 209,796 | |
| Ft Sill | 90-0515 | $567,629 | $372,063 | 195,566 | |
| Brushy Creek | 90-0516 | $35,931 | $40,032 | (4,101) | |
| Hoeke Posten | 90-0517 | $52,606 | $23,994 | 28,612 | |
| Rogers Ranch | 90-0518 | $1,106,312 | $871,380 | 234,932 | |
| Ronald Regan | 92-0520 | $848,230 | $132,941 | 715,289 | |
| HAWS | 92-523 | Received | Paid | 0 | |
| Totals | | $3,260,007 | $1,878,943 | $1,381,064 | $1,381,064 |

## 3) July Projected Receipts/Projected Related APs -- July Billings

| Job Name | Job # | PENDING Receipt | Projected Costs | Net Cash | |
|---|---|---|---|---|---|
| US 79 | 90-0464 | $26,501 | $22,000 | $4,501 | |
| Wonder World | 90-0484 | $50,000 | $30,000 | 20,000 | |
| Williams Dr | 90-0492 | $0 | $10,000 | (10,000) | |
| SH 31 Waco | 90-0495 | $925,000 | $1,400,000 | (475,000) | |
| LP256 Palestine | 90-0500 | $275,000 | $265,000 | 10,000 | |
| SL 20 Laredo | 90-0501 | $386,379 | $171,400 | 214,979 | |
| UTZ | 90-0506 | $50,000 | $40,000 | 10,000 | |
| Hyw 287 Ellis Cty - Ennis | 90-0508 | $585,000 | $765,000 | (180,000) | |
| Hwy 6 Robertson Cty | 90-0509 | $92,000 | $84,000 | 8,000 | |
| Pearson Place | 90-0491 | $587,975 | $495,000 | 92,975 | |
| Pfugerville Parkway | 90-0482 | $0 | $0 | 0 | |
| Val Verde | 90-0510 | $500,000 | $400,000 | 100,000 | |
| Pioneer Crossing | 90-0514 | $0 | $10,000 | (10,000) | |
| Ft Sill | 90-0515 | $124,837 | $250,000 | (125,163) | |
| Brushy Creek | 90-0516 | $0 | $20,000 | (20,000) | |
| Hoeke Posten | 90-0517 | $80,000 | $68,000 | 12,000 | |
| Rogers Ranch | 90-0518 | $1,031,000 | $924,097 | 106,903 | |
| Ronald Regan | 92-0520 | $650,000 | $400,000 | 250,000 | |
| Ft Sill - Buffalo Soldier | 90-0521 | $421,095 | $325,000 | 96,095 | |
| HAWS | 92-523 | $317,868 | $270,035 | 47,833 | |
| Sub Totals Before Adjustments | | $6,102,655 | $5,949,532 | $153,123 | |
| Back Out Hrly Payroll -- Already Paid | | $0 | ($800,000) | $800,000 | |
| Back Out Forecasted July Inter - Co Equipment Allocation | | $0 | ($1,220,336) | $1,220,336 | |
| ADJUSTED TOTALS | | $6,102,655 | $3,929,196 | $2,173,459 | $2,173,459 |

## 4) Payroll

| | | | | | |
|---|---|---|---|---|---|
| 7/29/2011 Hourly & Truck | | | | ($300,000) | |
| 7/29/2011 Salary & Truck | | | | ($190,000) | |
| 8/5/2011 Hourly | | | | ($250,000) | |
| 8/12/2011 Hourly | | | | ($250,000) | |
| 8/15/2011 Salary | | | | ($150,000) | |
| 8/19/2011 Hourly | | | | ($250,000) | |
| 8/26/2011 -- Hourly and Truck | | | | ($350,000) | |
| 8/30/2011 -- Salary & Truck | | | | ($190,000) | |
| 9/2/2011 -- Hourly | | | | ($250,000) | ($2,180,000) |

## 5) Other

| | | | | | |
|---|---|---|---|---|---|
| Equipment Payments July & Aug | | | | ($2,126,000) | |
| Fuel -- 5 weeks @ $140,000 per | | | | ($700,000) | |
| Parts/Tires - 1 month | | | | ($300,000) | |
| Medical Insurance- June & July - $130K per month | | | | ($260,000) | |
| Telephones/Utilities -- 2 months | | | | ($99,176) | |
| Insurance - 2 Months Plus GL/WC Qrtly | | | | ($388,173) | |
| FUTA/STA Liability -- Jan & Feb 2011 | | | | ($200,000) | |
| Franchise Tax | | | | ($100,000) | |
| Cost of Bankruptcy Administration | | | | ($120,000) | |
| Investment Banker retainer | | | | ($10,000) | |
| Other | | | | ($50,000) | |
| | | | | | ($4,353,349) |

6) Payment Bond Payments — TBD

7) FT Sill Retention -- 10% $950,000. Per Blake and Crystal, they expect 8% - $760,000 -- of the 10% retention to be released in August. Total AP Retention on FT Sill is $85K. — TBD

Projected Cash Deficit — ($2,369,781)

ASSUMPTIONS:
1) Assumes all pending receipts are collected by 9.2.11.
2) Assumes all June related payables are recorded as of 7.25.11

|                                    | August     | September   |
|------------------------------------|------------|-------------|
| Quarry Cash Collections            | $350,000   | $350,000    |
| Non Bonded Cash Receipts           | $500,000   | $500,000    |
| Equipment Sales (net)              | $50,000    | $150,000    |
|                                    |            |             |
| Total Sources of Non Bond Cash     | $900,000   | $1,000,000  |
|                                    |            |             |
| Quarry Expenses                    |            |             |
|   Payroll                | $170,000   | $170,000    |
|   Equipment              | $80,000    | $80,000     |
|   Blasting               | $45,000    |             |
|                                    |            |             |
| Total Quarry Expenses              | $295,000   | $250,000    |
|                                    |            |             |
| Non Bonded Job Expenses            |            |             |
|   Payroll                | $150,000   | $150,000    |
|   Equipment              | $150,000   | $150,000    |
|   Materials Subcontractors | $150,000 | $150,000    |
|                                    | $450,000   | $450,000    |
|                                    |            |             |
| Bankruptcy Administrative expense  | $30,000    | $30,000     |
|                                    |            |             |
| Total Sources/Uses of Non Bond Cash | $125,000  | $270,000    |