

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 04, 2011.**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** § § § | **CHAPTER 11 CASE** | |
| **JCE DELAWARE, INC.,** § § § | **CASE NO. 11-11926-cag** | |
| Debtor. § § | | |

| | | |
|---|---|---|
| **In re:** § § § | | |
| **JC EVANS CONSTRUCTION HOLDINGS, INC., A TEXAS CORPORATION** § § § § | **CHAPTER 11 CASE** **CASE NO. 11-11-11927-hcm** | |
| Debtor. § § | | |

| | | |
|---|---|---|
| **In re:** § § § | **CHAPTER 11 CASE** | |
| **JC EVANS CONSTRUCTION CO., LP** § § § | **CASE NO. 11-11-11928-cag** | |
| Debtor. § § § | | |

8/2/2011 1:14 PM
3545110.1

| | |
|---|---|
| **In re:**<br><br>JC EVANS NEVADA, LLC,<br><br>Debtor. | **CHAPTER 11 CASE**<br><br>**CASE NO. 11-11-11929-hcm** |
| **In re:**<br><br>EQUUS DEVELOPMENT, INC.,<br><br>Debtor. | **CHAPTER 11 CASE**<br><br>**CASE NO. 11-11-11930-hcm** |
| **In re:**<br><br>ADKINS LAND DEVELOPMENT, LP,<br><br>Debtor. | **CHAPTER 11 CASE**<br><br>**CASE NO. 11-11-11931-cag** |

### ORDER GRANTING MOTION FOR ORDER DIRECTING
### JOINT ADMINISTRATION OF BANKRUPTCY CASES

The Court has considered the *Motion for Order Directing Joint Administration of Bankruptcy Cases* (the "Motion"[1]), filed by the Debtors in the above-captioned Cases. The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; (v) all objections to the Motion have been resolved by this Order or are overruled in their entirety; and (vi) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.

**IT IS THEREFORE ORDERED** that the Motion is hereby granted;

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as ascribed to them in the Motion.

3545110.1

**IT IS FURTHER ORDERED** that the above-captioned bankruptcy Cases are consolidated for procedural purposes and shall be jointly administered by this Court;

**IT IS FURTHER ORDERED** that the caption for these jointly administered Cases shall be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **CHAPTER 11 CASE** |
| | § | |
| **JCE DELAWARE, INC., et al.,** | § | **CASE NO. 11-11926-cag** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

and no other information beyond that set forth above shall be required for any motions, pleadings, stipulations, orders, notices, or other papers filed in the Cases;

**IT IS FURTHER ORDERED** that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Cases;

**IT IS FURTHER ORDERED** that the Debtors shall file a consolidated creditor matrix;

**IT IS FURTHER ORDERED** that any creditors filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on such claim and shall not file such claim using the jointly administered style;

**IT IS FURTHER ORDERED** that this Order is effective immediately upon its entry and the Clerk of the Court is hereby directed to enter this Order on the docket in each Case; and

**IT IS FURTHER ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

3545110.1

Order submitted by:

**COX SMITH MATTHEWS INCORPORATED**

Mark E. Andrews
State Bar No. 01253520
George H. Tarpley
State Bar No. 19648000
Stephen K. Lecholop II
State Bar No. 24070119
1201 Elm Street, Suite 3300
Dallas, Texas 75270
(214) 698-7800
(214) 698-7899 (Fax)

**PROPOSED ATTORNEYS FOR
DEBTORS AND DEBTORS-IN-POSSESSION**