**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 22, 2011.**



_____
 CRAIG A. GARGOTTA
 UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| IN RE: | § | CHAPTER 11 CASE |
|---|---|---|
| | § | |
| JCE DELAWARE, INC., *et al* | § | CASE NO. 11-11926 |
| | § | |
| DEBTOR | § | (Jointly Administered) |

### ORDER GRANTING FIRST STATE BANK'S MOTION TO RECONSIDER INTERIM ORDER GRANTING DEBTORS' MOTION FOR INTERIM AND FINAL PERMISSION FOR THE DEBTORS TO USE CASH COLLATERAL AND OBTAIN DEBTOR IN POSSESSION FINANCING, AND GRANTING ADEQUATE <u>PROTECTION, SUPERPRIORITY CLAIMS AND PRIMING LIENS</u>

CAME for hearing before the Court on August 18th, 2011, the Motion to Reconsider Interim Order Granting Debtors' Motion for Interim and Final Permission for the Debtors to Use Cash Collateral and Obtain Debtor in Possession Financing, and Granting Adequate Protection, Superpriority Claims and Priming Liens (the "<u>Motion to Reconsider</u>") filed by First State Bank Central Texas ("<u>First State Bank</u>" or "<u>Bank</u>"). The Court having reviewed the evidence, considered the applicable law, and heard the arguments of counsel, is of the opinion that good and

sufficient cause and grounds exists to GRANT the Motion to Reconsider for the reasons stated on the record. Based on the foregoing, it is, therefore,

ORDERED that the Court's Interim Order granting Debtors' Cash Collateral/Financing Motion (the "Interim Order") entered in Case No. 11-11926 (Docket Entry No. 49) is hereby set aside as to the 364(d) relief granted therein and the Court will enter an amended order that denies the Debtors the relief requested under 364(d).

# # #