IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re:<br><br>JCE DELAWARE, INC., et al.,<br><br>Debtors. | CHAPTER 11 CASE<br><br>CASE NO. 11-11926-cag<br><br>Jointly Administered |

**UNOPPOSED MOTION TO CONTINUE HEARINGS ON (I)
FIRST STATE BANK'S MOTION FOR ADEQUATE PROTECTION; AND (II)
DEBTORS' SUPPLEMENTAL MOTION FOR FINAL PERMISSION FOR THE
DEBTORS TO USE CASH COLLATERAL AND OBTAIN DEBTOR IN POSSESSION
FINANCING, AND GRANTING ADEQUATE PROTECTION, SUPERPRIORITY
CLAIMS AND PRIMING LIENS**

JCE Delaware, Inc., JC Evans Construction Holdings, Inc., JC Evans Nevada, LLC, Equus Development, Inc., JC Evans Construction Co. and Adkins Land Development, LP (collectively, the "Debtors"), the debtors and debtors-in-possession in the above captioned chapter 11 cases (the "Cases"), hereby file this *Unopposed Motion to Continue Hearings on (i) First State Bank's Motion for Adequate Protection; and (ii) on Debtors' Supplemental Motion for Final Permission for the Debtors to Use Cash Collateral and Obtain Debtor in Possession Financing, and Granting Adequate Protection, Superpriority Claims and Priming Liens* (the "Motion to Continue Hearings"). In support of this Motion to Continue Hearing, the Debtors respectfully represent the following.

1. On or about August 11, 2011, First State Bank Central Texas (the "Bank") filed its Motion for Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363, and/or 364 [Docket No. 66] ("Motion for Adequate Protection").

2. On or about August 19, 2011, the Debtors filed their Supplemental Motion for

Final Permission for the Debtors to Use Cash Collateral and Obtain Debtor in Possession Financing, and Granting Adequate Protection, Superpriority Claims and Priming Liens [Docket No. 109] ("Supplemental Cash Collateral Motion").

3. Hearings have been set on these motions for September 1, 2011 at 10:30 a.m. before the Honorable Craig A. Gargotta.

4. Debtors would respectfully request that the hearings on the Motion for Adequate Protection and on the Supplemental Cash Collateral Motion be continued from the present setting of September 1, 2011 at 10:30 a.m. to September 8, 2011 at 9:00 a.m.

5. Counsel for Debtors has conferred with counsel for the Bank and for the Surety regarding this request to continue both hearings and has been advised that they have no objection to continuing the hearings.

WHEREFORE, the Debtors respectfully request that the Court continue the hearings on the Bank's Motion for Adequate Protection and on the Supplemental Cash Collateral Motion from the present setting of September 1, 2011 at 10:30 a.m. to September 8, 2011 at 9:00 a.m. and provide such other and further relief to which they are justly entitled.

Dated: August 23, 2011

        Respectfully submitted,

        **COX SMITH MATTHEWS INCORPORATED**

        By: */s/ Mark E. Andrews*
            Mark E. Andrews
            State Bar No. 01253520
            George H. Tarpley
            State Bar No. 19648000
            Stephen K. Lecholop II
            State Bar No. 24070119
            1201 Elm Street, Suite 3300
            Dallas, Texas 75270
            (214) 698-7800
            (214) 698-7899 (Fax)

        **ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of August, 2011, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system and also upon those parties listed on the Limited Service List via First Class United States Mail postage prepaid.

        */s/ Mark Andrews*
            Mark E. Andrews