# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 CASE |
| | § | |
| JCE DELAWARE, INC., et al., | § | CASE NO. 11-11926-cag |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

## STIPULATION EXTENDING USE OF CASH COLLATERAL

JCE Delaware, Inc., et al., Debtors in these jointly administered proceedings, Liberty Mutual Insurance Company/ Safeco ("*Surety*"), and First State Bank Central Texas ("*Bank*") make the following stipulation, intending to be bound thereby.

## RECITALS

1. By amended interim order dated August 31, 2011, the Debtors obtained permission to use cash collateral and Debtor-in-Possession financing (the "*Amended Cash Collateral/DIP Financing Order*"). In paragraph (G) of the Amended Cash Collateral/DIP Financing Order, the Debtors' interim authority to request and receive Advances was scheduled to expire on September 1, 2011 to obtain DIP Financing unless extended by Court order.

2. By this stipulation, the Bank, the Surety and the Debtors desire to extend the Debtors' right to request and receive Advances through September 9, 2011 after the final hearing on the Debtors' *Motion for Interim and Final Permission for the Debtors to Use Cash Collateral and Obtain Debtor in Possession Financing, and Granting Adequate Protection, Superpriority Claims and Priming Liens* [Docket No. 10] which is scheduled for September 8, 2011.

## STIPULATION

3. The Debtors, the Bank and the Surety hereby stipulate and agree that the Debtors' interim authority to use cash collateral and to request and receive Advances as set out in paragraph (G) of the Amended Cash Collateral/DIP Financing Order shall be extended through September 9, 2011, as set forth in the Budget attached hereto as Exhibit "A".

So Stipulated and agreed effective August 31, 2011.

Respectfully submitted,

**COX SMITH MATTHEWS INCORPORATED**

By: */s Mark E. Andrews*
 Mark E. Andrews
 State Bar No. 01253520
 George H. Tarpley
 State Bar No. 19648000
 Stephen K. Lecholop II
 State Bar No. 24070119
 1201 Elm Street, Suite 3300
 Dallas, Texas 75270
 (214) 698-7800
 (214) 698-7899 (Fax)

**ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION**

**HALEY & OLSON, P.C.**

BY:   */s/ Shad Robinson*
    Shad Robinson
    Bar Card No. 24013412
    Blake Rasner
    Bar Card No. 16555700
    510 North Valley Mills Drive, Suite 600
    Waco, Texas 76710
    Telephone: (254) 776-3336
    Facsimile: (254) 776-6823

**ATTORNEYS FOR FIRST STATE BANK CENTRAL TEXAS**

**STRASBURGER & PRICE, LLP**

By:   */s/ Christopher R. Ward*
    Robert P. Franke
    State Bar No. 07371200
    Christopher R. Ward
    901 Main Street, Suite 4400
    Dallas, TX 75202
    214.651.4300
    214.651.4330 (Facsimile)

    Duane J. Brescia
    Stephen A. Roberts
    600 Congress Ave., Suite 1600
    Austin, Texas 78701
    512.499.3600
    512.499.3660 (Facsimile)

**ATTORNEYS FOR LIBERTY MUTUAL INSURANCE COMPANY AND SAFECO INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 2nd day of September, 2011, a true and correct copy of the *Stipulation Extending Use of Cash Collateral* was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system, email and/or via first class U.S. Mail, postage prepaid on the individuals on the Limited Service List as of August 29, 2011.

                                              */s/ Mark E. Andrews*
                                              Mark E. Andrews

3602533.1